On respondent's petition for reconsideration filed May 25, and appellant's response to the state's petition for reconsideration filed June 1, motion for relief from default granted; reconsideration allowed; former disposition (202 Or App 565, 123 P3d 331) withdrawn; affirmed August 2, petition for review denied November 21, 2006

(342 Or 46)

## STATE OF OREGON,
*Respondent,*

*v.*

## SAMUEL JAMES ALLEN,
*Appellant.*

C002847CR, C011876CR; A117220 (Control), A117851
(Cases Consolidated)

140 P3d 1135

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Jamesa J. Drake, Deputy Public Defender, Office of Public Defense Services, for response.

Before Haselton, Presiding Judge, and Linder and Ortega, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).